**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN PINTARICH**, individually and on behalf of others similarly situated, | ) | Case No. 2:26-cv-00341-ALM-CMV |
| Plaintiff, | ) | Judge Algenon L. Marbley |
| vs. | ) | Magistrate Judge Chelsey M. Vascura |
| **ELECTRICAL SPECIALISTS, INC. D/B/A THE SUPERIOR GROUP,** | ) | **ORDER GRANTING JOINT MOTION TO STAY** |
| Defendant. | ) | |

This matter is before the Court on the Parties' Joint Motion to Stay Pending Mediation (ECF No. 34). For good cause shown, the Motion is **GRANTED**. All deadlines and proceedings in this matter are **STAYED** through **APRIL 30, 2027**. The Parties shall file a Joint Status Report regarding the results of the mediation no later than **APRIL 23, 2027** Alternatively, one or both parties may move to lift the stay, if mediation is not productive.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE